# U.S. District Court
# Northern District of Georgia (Atlanta)
# CRIMINAL DOCKET FOR CASE #: 1:23−mj−00552−JEM−1

| | |
|---|---|
| Case title: USA v. Ford | Date Filed: 06/08/2023 |
| Other court case number: 3:23−cr−72−002 USDC Western District of North Carolina | Date Terminated: 06/08/2023 |

Assigned to: Magistrate Judge J. Elizabeth McBath

**Defendant (1)**

| | | |
|---|---|---|
| **Latoya Tamieka Ford**<br>*TERMINATED: 06/08/2023* | represented by | **Mildred Geckler Dunn**<br>Federal Defender Program Inc.−Atl<br>Suite 1500, Centennial Tower<br>101 Marietta Street, NW<br>Atlanta, GA 30303<br>404−688−7530<br>Email: Millie_Dunn@FD.Org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Public Defender or Community Defender Appointment |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:1343 | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Teresa Marie Stolze**<br>Office of the United States Attorney−ATL600<br>Northern District of Georgia<br>600 United States Courthouse<br>75 Ted Turner Dr., S.W.<br>Atlanta, GA 30303<br>404−581−6181<br>Email: teresa.stolze@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/08/2023 | | Arrest (Rule 40) of Latoya Tamieka Ford (nmb) (Entered: 06/09/2023) |
| 06/08/2023 | 1 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Latoya Tamieka Ford. Signed by Magistrate Judge J. Elizabeth McBath on 6/8/2023. (nmb) (Entered: 06/09/2023) |
| 06/08/2023 | 2 | WAIVER of Rule 40 Hearings by Latoya Tamieka Ford (nmb) (Entered: 06/09/2023) |
| 06/08/2023 | 3 | Minute Entry for proceedings held before Magistrate Judge J. Elizabeth McBath: Initial Appearance in Rule 5(c)(3) Proceedings and Bond Hearing as to Latoya Tamieka Ford held on 6/8/2023. Defendant waives Identity Hearing. Waiver filed. Bond set at $10,000. Defendant Released. (Attachments: # 1 Charging Documents) (Tape #FTR) (nmb) (Entered: 06/09/2023) |
| 06/08/2023 | 4 | CJA 23 Financial Affidavit by Latoya Tamieka Ford (nmb) (Entered: 06/09/2023) |
| 06/08/2023 | 5 | Non−Surety Bond on Rule 5(c)(3) Entered as to Latoya Tamieka Ford in amount of $10,000. (nmb) (Entered: 06/09/2023) |
| 06/08/2023 | 6 | ORDER Setting Conditions of Release as to Latoya Tamieka Ford. Signed by Magistrate Judge J. Elizabeth McBath on 6/8/2023. (nmb) (Entered: 06/09/2023) |
| 06/08/2023 | | Magistrate Case Closed. Defendant Latoya Tamieka Ford terminated. (nmb) (Entered: 06/09/2023) |
| 06/09/2023 | | Electronic Transmittal of Rule 5(c)(3) Documents as to Latoya Tamieka Ford, sent to USDC Western District of North Carolina with certified copy of docket sheet. (nmb) (Entered: 06/09/2023) |