**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

**NOTICE OF HEARING**

**United States of America**

**v.**                                           **CASE NO.  3:23-cr-00072-RJC-SCR-2**

**Latoya Tamieka Ford**

---

Type of Case:          ☐ Civil          ☒ Criminal

---

☒ TAKE NOTICE that a proceeding in this case has been scheduled for the place, date and time set forth below:

| | |
|---|---|
| U.S. Courthouse | **Courtroom:**  #1B |
| Charles R. Jonas Federal Building | **Presider:**  **Susan C. Rodriguez** |
| 401 West Trade Street | **Date:**  **June 22, 2023** |
| Charlotte, NC 28202 | **Time:**  **10:45 AM** |

---

TYPE OF PROCEEDING: **INITIAL APPEARANCE**

Katherine Hord Simon, Acting Clerk
United States District Court

Dated: June 15, 2023

Copies to:  U.S. Attorney
U.S. Marshal
U.S. Probation Office